STATE OF CONNECTICUT *v.* OSIBISA HALL

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 120 Conn. App. 489 (AC 30816), is granted, limited to the following issue:

"Did the Appellate Court improperly reverse the trial court's denial of the defendant's motion to withdraw his plea based on the trial court's failure to properly

address the defendant regarding the possible consequence of deportation?"

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18621.

*Laurie N. Feldman*, special deputy assistant state's attorney, in support of the petition.

Decided June 2, 2010